**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-16341-EW |
| | § | |
| HYDE PARK COOPERATIVE SOCIETY, | § | |
| INC. | § | |
| | § | |
| | § | |
| Debtor | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/05/2009. The undersigned trustee was appointed on 05/05/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $84,913.07

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $797.06 |
   | Bank service fees | $8,008.51 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $76,107.50 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/08/2009 and the deadline for filing government claims was 09/08/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,495.65. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,495.65, for a total compensation of $7,495.65[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/28/2016            By:    /s/ David R. Herzog
                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit A

| **Case No.:** | 09-16341-EW | **Trustee Name:** | David R. Herzog |
|---|---|---|---|
| **Case Name:** | HYDE PARK COOPERATIVE SOCIETY, INC. | **Date Filed (f) or Converted (c):** | 05/05/2009 (f) |
| **For the Period Ending:** | 10/28/2016 | **§341(a) Meeting Date:** | 06/02/2009 |
| | | **Claims Bar Date:** | 09/08/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   VOID | $0.00 | $0.00 | | $0.00 | FA |
| 2   Balance in bank account (u) | $81,975.18 | $81,975.18 | | $81,975.18 | FA |
| 3   Frontier Natural Foods - Accounts Receivable | $1,000.00 | $0.00 | | $712.08 | FA |
| 4   Anti-Trust Litigation Settlement (u) | $2,088.28 | $2,088.28 | | $2,088.28 | FA |
| 5   Refunds (u) | $0.00 | $0.00 | | $57.00 | FA |
| INT Interest Earned (u) | Unknown | Unknown | | $80.53 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $85,063.46 | $84,063.46 | | $84,913.07 | $0.00 |

**Major Activities affecting case closing:**

07/22/2016   Final tax return filed and accepted by IRS. Awaiting fee applications of professionals. Final report being prepared.
07/23/2015   Preparation of tax returns, and waiting for approval of previously filed return from the IRS. Preparation of final report.

**Initial Projected Date Of Final Report (TFR):** 12/31/2011   **Current Projected Date Of Final Report (TFR):** 09/01/2016

/s/ DAVID R. HERZOG
DAVID R. HERZOG

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1                                     Exhibit B

| Case No. | 09-16341-EW | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***8864 | Money Market Acct #: | ******1165 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Money Market Account |
| For Period Beginning: | 5/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2016 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 |  | Wire in from JPMorgan Chase Bank, N.A. account ********1165 | Wire in from JPMorgan Chase Bank, N.A. account ********1165 | 9999-000 | $84,095.85 |  | $84,095.85 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $4.03 |  | $84,099.88 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $5.00 |  | $84,104.88 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $4.84 |  | $84,109.72 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $5.00 |  | $84,114.72 |
| 08/18/2010 | (3) | Frontier Natural Products Co-Op | Dividend | 1129-000 | $181.42 |  | $84,296.14 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $4.99 |  | $84,301.13 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.07 |  | $84,303.20 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.14 |  | $84,305.34 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.07 |  | $84,307.41 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.14 |  | $84,309.55 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.14 |  | $84,311.69 |
| 02/14/2011 | 11002 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #09-16341 | 2300-000 |  | $71.76 | $84,239.93 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.94 |  | $84,241.87 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.14 |  | $84,244.01 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.07 |  | $84,246.08 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.14 |  | $84,248.22 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.69 |  | $84,248.91 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.71 |  | $84,249.62 |
| 08/01/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $161.57 | $84,088.05 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.71 |  | $84,088.76 |
| 08/31/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $195.87 | $83,892.89 |
| 09/26/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 |  | ($5.77) | $83,898.66 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.68 |  | $83,899.34 |
| 09/30/2011 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | $172.38 | $83,726.96 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.71 |  | $83,727.67 |

SUBTOTALS   $84,323.48   $595.81

FORM 2

Page No: 2                                      Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-16341-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***8864 | Money Market Acct #: | ******1165 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 5/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $166.31 | $83,561.36 |
| 11/07/2011 | (INT) | The Bank of New York Mellon | Interest Earned For November 2011 | 1270-000 | $0.13 | | $83,561.49 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $83,561.49 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | | $84,323.61 | $84,323.61 | $0.00 |
| Less: Bank transfers/CDs | | $84,095.85 | $83,561.49 | |
| Subtotal | | $227.76 | $762.12 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $227.76 | $762.12 | |

For the period of 5/5/2009 to 10/28/2016

| Total Compensable Receipts: | $227.76 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $227.76 |
| Total Internal/Transfer Receipts: | $84,095.85 |
| | |
| Total Compensable Disbursements: | $762.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $762.12 |
| Total Internal/Transfer Disbursements: | $83,561.49 |

For the entire history of the account between 04/06/2010 to 10/28/2016

| Total Compensable Receipts: | $227.76 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $227.76 |
| Total Internal/Transfer Receipts: | $84,095.85 |
| | |
| Total Compensable Disbursements: | $762.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $762.12 |
| Total Internal/Transfer Disbursements: | $83,561.49 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-16341-EW | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8864 | | Checking Acct #: | ******0123 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 5/5/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $83,561.49 | | $83,561.49 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $134.84 | $83,426.65 |
| 02/02/2012 | 5001 | Iron Mountain | Storage charge | 2990-000 | | $161.72 | $83,264.93 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $134.37 | $83,130.56 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $125.30 | $83,005.26 |
| 03/14/2012 | 5002 | International Sureties | Bond Payment | 2300-000 | | $67.80 | $82,937.46 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $133.64 | $82,803.82 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $129.06 | $82,674.76 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $133.14 | $82,541.62 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $128.64 | $82,412.98 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $132.73 | $82,280.25 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $132.50 | $82,147.75 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $128.05 | $82,019.70 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $132.09 | $81,887.61 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $127.63 | $81,759.98 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $131.66 | $81,628.32 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $131.83 | $81,496.49 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $118.87 | $81,377.62 |
| 03/28/2013 | 5003 | International Sureties | Bond Payment | 2300-000 | | $145.34 | $81,232.28 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $131.40 | $81,100.88 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $126.74 | $80,974.14 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $130.66 | $80,843.48 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $126.24 | $80,717.24 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $130.25 | $80,586.99 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $130.04 | $80,456.95 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $125.64 | $80,331.31 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $129.63 | $80,201.68 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $125.24 | $80,076.44 |
| | | | SUBTOTALS | | $83,561.49 | $3,485.05 | |

**FORM 2**
Page No: 4        Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-16341-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8864 | Checking Acct #: | ******0123 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 5/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $129.21 | $79,947.23 |
| 01/14/2014 | 5004 | U.S. Treasury | Taxes due on return | 2990-000 | | $114.00 | $79,833.23 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $128.95 | $79,704.28 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $116.17 | $79,588.11 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $128.43 | $79,459.68 |
| 04/02/2014 | 5005 | International Sureties | Bond Payment | 2300-000 | | $70.36 | $79,389.32 |
| 04/03/2014 | (5) | United States Treasury | Taxes due on return | 1290-000 | $57.00 | | $79,446.32 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $124.07 | $79,322.25 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $128.00 | $79,194.25 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $123.67 | $79,070.58 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $127.59 | $78,942.99 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $127.39 | $78,815.60 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $123.08 | $78,692.52 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $126.98 | $78,565.54 |
| 11/25/2014 | (3) | Frontier Natural Products | Dividend | 1129-000 | $464.80 | | $79,030.34 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $122.69 | $78,907.65 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $127.32 | $78,780.33 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $127.12 | $78,653.21 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $114.63 | $78,538.58 |
| 03/20/2015 | 5006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $56.60 | $78,481.98 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $126.73 | $78,355.25 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $122.45 | $78,232.80 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $126.24 | $78,106.56 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $121.97 | $77,984.59 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $125.84 | $77,858.75 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $125.64 | $77,733.11 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $121.39 | $77,611.72 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $125.24 | $77,486.48 |
| | | | **SUBTOTALS** | | $521.80 | $3,111.76 | |

FORM 2 Page No: 5 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-16341-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8864 | Checking Acct #: | ******0123 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 5/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $121.00 | $77,365.48 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $124.84 | $77,240.64 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $124.30 | $77,116.34 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $116.09 | $77,000.25 |
| 03/16/2016 | 5007 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $41.82 | $76,958.43 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $123.91 | $76,834.52 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $119.66 | $76,714.86 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $123.45 | $76,591.41 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $119.28 | $76,472.13 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $123.06 | $76,349.07 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $122.86 | $76,226.21 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $118.71 | $76,107.50 |
| 10/21/2016 | | The Bank of New York Mellon | Reversal/transfer of funds out of account (original transaction/wire occurred on 11/7/11 and was not noted by bank in TES system) . Amount deposited in error due to bank "spreadsheet error." Funds belong to Estate of Detoy James, Case no. 09-23959 | 1280-000 | $3,209.16 | | $79,316.66 |
| 10/21/2016 | | The Bank of New York Mellon | Reversal/transfer of funds out of account (original transaction/wire occurred on 11/7/11 and was not noted by bank in TES system) . Amount deposited in error due to bank "spreadsheet error." Funds belong to Estate of Detoy James, Case no. 09-23959 | 1280-000 | ($3,209.16) | | $76,107.50 |

| | | | | **SUBTOTALS** | $0.00 | $1,378.98 | |

**FORM 2**
Page No: 6       Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-16341-EW | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8864 | | Checking Acct #: | ******0123 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 5/5/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $84,083.29 | $7,975.79 | $76,107.50 |
| | | | Less: Bank transfers/CDs | | $83,561.49 | $0.00 | |
| | | | **Subtotal** | | $521.80 | $7,975.79 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $521.80 | $7,975.79 | |

**For the period of 5/5/2009 to 10/28/2016**

| | |
|---|---|
| Total Compensable Receipts: | $521.80 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $521.80 |
| Total Internal/Transfer Receipts: | $83,561.49 |
| | |
| Total Compensable Disbursements: | $7,975.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,975.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/07/2011 to 10/28/2016**

| | |
|---|---|
| Total Compensable Receipts: | $521.80 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $521.80 |
| Total Internal/Transfer Receipts: | $83,561.49 |
| | |
| Total Compensable Disbursements: | $7,975.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,975.79 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 7 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-16341-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***8864 | Money Market Acct #: | ******1165 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 5/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/02/2009 | (2) | Hyde Park Cooperative | Balance of checking account | 1129-000 | $81,975.18 | | $81,975.18 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.01 | | $81,978.19 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.45 | | $81,981.64 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.45 | | $81,985.09 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.34 | | $81,988.43 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.34 | | $81,991.77 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.45 | | $81,995.22 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.45 | | $81,998.67 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.23 | | $82,001.90 |
| 02/08/2010 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2010 FOR CASE #09-16341 | 2300-000 | | $67.66 | $81,934.24 |
| 02/22/2010 | (4) | The Garden Group | Anti-Trust Litigation Settlement | 1249-000 | $2,088.28 | | $84,022.52 |
| 02/24/2010 | (3) | Frontier Natural Products Co-Op | Accounts Receiveable | 1129-000 | $65.86 | | $84,088.38 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.13 | | $84,091.51 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.77 | | $84,095.28 |
| 04/06/2010 | | Wire out to BNYM account ********1165 | Wire out to BNYM account ********1165 | 9999-000 | ($84,095.85) | | ($0.57) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.57 | | $0.00 |

| | | | | SUBTOTALS | $67.66 | $67.66 | |

**FORM 2**    Page No: 8    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-16341-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***8864 | Money Market Acct #: | ******1165 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 5/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |
|---|---|---|
| TOTALS: | $67.66 | $67.66 | $0.00 |
| Less: Bank transfers/CDs | ($84,095.85) | $0.00 | |
| Subtotal | $84,163.51 | $67.66 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $84,163.51 | $67.66 | |

| For the period of 5/5/2009 to 10/28/2016 | | For the entire history of the account between 06/02/2009 to 10/28/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $84,163.51 | Total Compensable Receipts: | $84,163.51 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $84,163.51 | Total Comp/Non Comp Receipts: | $84,163.51 |
| Total Internal/Transfer Receipts: | ($84,095.85) | Total Internal/Transfer Receipts: | ($84,095.85) |
| | | | |
| Total Compensable Disbursements: | $67.66 | Total Compensable Disbursements: | $67.66 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $67.66 | Total Comp/Non Comp Disbursements: | $67.66 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9    Exhibit B

| Case No. | 09-16341-EW | | Trustee Name: | David R. Herzog |
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***8864 | | Money Market Acct #: | ******1165 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 5/5/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/28/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $84,913.07 | $8,805.57 | $76,107.50 |

| For the period of 5/5/2009 to 10/28/2016 | | For the entire history of the case between 05/05/2009 to 10/28/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $84,913.07 | Total Compensable Receipts: | $84,913.07 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $84,913.07 | Total Comp/Non Comp Receipts: | $84,913.07 |
| Total Internal/Transfer Receipts: | $83,561.49 | Total Internal/Transfer Receipts: | $83,561.49 |
| | | | |
| Total Compensable Disbursements: | $8,805.57 | Total Compensable Disbursements: | $8,805.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,805.57 | Total Comp/Non Comp Disbursements: | $8,805.57 |
| Total Internal/Transfer Disbursements: | $83,561.49 | Total Internal/Transfer Disbursements: | $83,561.49 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG

CLAIM ANALYSIS REPORT

| Case No.: | 09-16341-EW | | | Trustee Name: | David R. Herzog |
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | | | Date: | 10/28/2016 |
| Claims Bar Date: | 09/08/2009 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID R. HERZOG  77 W. Washington Street  Suite 1400  Chicago IL 60602 | 08/24/2016 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $7,495.65 | $7,495.65 | $0.00 | $0.00 | $0.00 | $7,495.65 |
| | POPOWCER KATTEN, LTD. | 06/18/2016 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $6.50 | $6.50 | $6.50 | $0.00 | $0.00 | $0.00 | $6.50 |
| | POPOWCER KATTEN, LTD. | 06/18/2016 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $2,842.50 | $2,842.50 | $2,842.50 | $0.00 | $0.00 | $0.00 | $2,842.50 |
| 11 | IRON MOUNTAIN INFORMATION MANAGEMENT, INC.  C/O R. Frederick Linfesty, Esq.  745 Atlantic Avenue, 10th Floor  Boston MA 02111 | 09/01/2009 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $137.00 | $137.00 | $0.00 | $0.00 | $0.00 | $137.00 |
| 2 | INDIANA DEPARTMENT OF REVENUE  Bankruptcy Section  100 N. Senate Ave. Rm N240  Indianapolis IN 46204 | 06/15/2009 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $1,195.32 | $1,195.32 | $0.00 | $0.00 | $0.00 | $1,195.32 |
| 1 | PEOPLES GAS LIGHT AND COKE CO  130 E RANDOLPH DRIVE  CHICAGO IL 60601 | 05/14/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $19,049.61 | $19,049.61 | $0.00 | $0.00 | $0.00 | $19,049.61 |
| 2a | INDIANA DEPARTMENT OF REVENUE  Bankruptcy Section  100 N. Senate Ave. Rm N240  Indianapolis IN 46204 | 06/15/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $100.00 | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 |

| Case No.: | 09-16341-EW | | | | | | | | Trustee Name: | David R. Herzog |
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | | | | | | | | Date: | 10/28/2016 |
| Claims Bar Date: | 09/08/2009 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | WEIN-BAUER INC. 10600 Seymour Ave. Franklin Park IL 60131 | 06/17/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $208.68 | $208.68 | $0.00 | $0.00 | $0.00 | $208.68 |
| 4 | ETNA PRODUCTS COMPANY, INC. 53 W. 23rd Street New York NY 10010 | 06/19/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $888.00 | $888.00 | $0.00 | $0.00 | $0.00 | $888.00 |
| 5 | MAVERICK WINE COMPANY 401 Eastern Ave. Bensenville IL 60106 | 06/22/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $337.36 | $337.36 | $0.00 | $0.00 | $0.00 | $337.36 |
| 6 | CHICAGO WILDERNESS 106 W Calendar Ave #206 LaGrange IL 60525 | 06/23/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,800.00 | $1,800.00 | $0.00 | $0.00 | $0.00 | $1,800.00 |
| 7 | GORDON FOOD SERVICE Arvon Funding, LLC PO Box 1434 Grand Rapids MI 49501 | 06/26/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $780.37 | $780.37 | $0.00 | $0.00 | $0.00 | $780.37 |
| 8 | COMMONWEALTH EDISON PO Box 805376 Chicago IL 60680-5376 | 06/26/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $26,098.22 | $26,098.22 | $0.00 | $0.00 | $0.00 | $26,098.22 |

**Claim Notes:**   (8-1) Electric Services

| 9 | SAFETY SYSTEMS PO Box 536 Park Forest IL 60466-0536 | 07/01/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,240.00 | $2,240.00 | $0.00 | $0.00 | $0.00 | $2,240.00 |
| 10 | PERSONNEL PLANNERS, INC. 913 W. Van Buren N-3A Chicago IL 60607 | 07/21/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,006.50 | $1,006.50 | $0.00 | $0.00 | $0.00 | $1,006.50 |

**CLAIM ANALYSIS REPORT**

Page No: 3     Exhibit C

| Case No.: | 09-16341-EW | | | | | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | | | | | | | Date: | 10/28/2016 |
| Claims Bar Date: | 09/08/2009 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11a | IRON MOUNTAIN INFORMATION MANAGEMENT, INC.<br>C/O R. Frederick Linfesty, Esq.<br>745 Atlantic Avenue, 10th Floor<br>Boston MA 02111 | 09/01/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $29,393.65 | $29,393.65 | $0.00 | $0.00 | $0.00 | $29,393.65 |
| 12 | AJC NATURAL BEVERAGES<br>1644 W Cortland<br>Chicago IL 60622-1118 | 09/08/2009 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,182.35 | $5,182.35 | $0.00 | $0.00 | $0.00 | $5,182.35 |
| 13 | UNITED FOOD & COMMERCIAL WORKERS<br>International Union-Industry Pension Fun<br>c/o Jeffrey S Endick<br>1625 Massachusetts Ave, Ste 450<br>Washington DC 20036 | 04/14/2010 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $119,740.00 | $119,740.00 | $0.00 | $0.00 | $0.00 | $119,740.00 |
| | | | | | | $218,501.71 | $218,501.71 | $0.00 | $0.00 | $0.00 | $218,501.71 |

CLAIM ANALYSIS REPORT

Page No: 4   Exhibit C

| Case No. | 09-16341-EW | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Date: | 10/28/2016 |
| Claims Bar Date: | 09/08/2009 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Accountant for Trustee Expenses (Other Firm) | $6.50 | $6.50 | $0.00 | $0.00 | $0.00 | $6.50 |
| Accountant for Trustee Fees (Other Firm) | $2,842.50 | $2,842.50 | $0.00 | $0.00 | $0.00 | $2,842.50 |
| Claims of Governmental Units | $1,195.32 | $1,195.32 | $0.00 | $0.00 | $0.00 | $1,195.32 |
| General Unsecured § 726(a)(2) | $87,084.74 | $87,084.74 | $0.00 | $0.00 | $0.00 | $87,084.74 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $137.00 | $137.00 | $0.00 | $0.00 | $0.00 | $137.00 |
| Tardy General Unsecured § 726(a)(3) | $119,740.00 | $119,740.00 | $0.00 | $0.00 | $0.00 | $119,740.00 |
| Trustee Compensation | $7,495.65 | $7,495.65 | $0.00 | $0.00 | $0.00 | $7,495.65 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 09-16341-EW
Case Name: HYDE PARK COOPERATIVE SOCIETY, INC.
Trustee Name: David R. Herzog

|  | Balance on hand: | $76,107.50 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 11 | Iron Mountain Information Management, Inc. | $137.00 | $137.00 | $0.00 | $137.00 |

|  | Total to be paid to secured creditors: | $137.00 |
|---|---|---|
|  | Remaining balance: | $75,970.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $7,495.65 | $0.00 | $7,495.65 |
| Popowcer Katten, Ltd., Accountant for Trustee Fees | $2,842.50 | $0.00 | $2,842.50 |
| Popowcer Katten, Ltd., Accountant for Trustee Expenses | $6.50 | $0.00 | $6.50 |

|  | Total to be paid for chapter 7 administrative expenses: | $10,344.65 |
|---|---|---|
|  | Remaining balance: | $65,625.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $65,625.85 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,195.32 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Indiana Department of Revenue | $1,195.32 | $0.00 | $1,195.32 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $1,195.32 |
| Remaining balance: | $64,430.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $87,084.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 74.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT AND COKE CO | $19,049.61 | $0.00 | $14,094.05 |
| 2a | Indiana Department of Revenue | $100.00 | $0.00 | $73.99 |
| 3 | Wein-Bauer Inc. | $208.68 | $0.00 | $154.39 |
| 4 | Etna Products Company, Inc. | $888.00 | $0.00 | $657.00 |
| 5 | Maverick Wine Company | $337.36 | $0.00 | $249.60 |
| 6 | Chicago Wilderness | $1,800.00 | $0.00 | $1,331.75 |
| 7 | Gordon Food Service | $780.37 | $0.00 | $577.36 |
| 8 | Commonwealth Edison | $26,098.22 | $0.00 | $19,309.03 |
| 9 | Safety Systems | $2,240.00 | $0.00 | $1,657.29 |
| 10 | Personnel Planners, Inc. | $1,006.50 | $0.00 | $744.67 |
| 11a | Iron Mountain Information Management, Inc. | $29,393.65 | $0.00 | $21,747.19 |
| 12 | AJC Natural Beverages | $5,182.35 | $0.00 | $3,834.21 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $64,430.53 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $119,740.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured)

**UST Form 101-7-TFR (5/1/2011)**

claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 13 | United Food & Commercial Workers | $119,740.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**