# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  HYDE PARK COOPERATIVE<br>SOCIETY, INC.<br><br>Debtor | )<br>)<br>)<br>)<br>)<br>) | CHAPTER 7<br><br>Case No.  09-16341<br><br>HON. DEBORAH L. THORNE |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant:   POPOWCER KATTEN, LTD.

Authorized to Provide
Professional Services to:   DAVID R. HERZOG

Date of Order authorizing Employment: April 28, 2016 retroactive to October 1, 2015

Period for Which
Compensation is Sought: From October 23, 2015 through June 18, 2016

Amount of Fees Sought:  $ 2,842.50

Amount of Expense Reimbursement Sought:  $6.50

This is an:  Interim Application_____   Final Application___X___

Previous applications / allowances of this applicant:

Fees Sought:  NONE          Fees Allowed:  NONE
Costs Sought:  NONE          Costs Allowed:  NONE

Date:  June 18, 2016

Applicant:

By: *Lois West*

Lois West, CPA
Certifying Professional

POPOWCER KATTEN, LTD.
35 E. Wacker Drive, Suite 1550
Chicago, IL  60601-2124

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:  HYDE PARK COOPERATIVE    )    CASE NO. 09-16341
          SOCIETY, INC.    )
              )    CHAPTER 7 CASE
              )
              )    HON. DEBORAH L. THORNE
          DEBTOR    )

TO:  THE HONORABLE DEBORAH L. THORNE
      BANKRUPTCY JUDGE

**APPLICATION OF TRUSTEE'S ACCOUNTANT
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

      Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

      1.  The Petition commencing this case was filed under Chapter 7 of the United States Bankruptcy Code on May 5, 2009.  This court entered an order on April 28, 2016 that authorized the employment of the firm of Popowcer Katten, Ltd. Retroactive to October 1, 2015 to serve as accountant for the trustee.

      2.  Applicant requests $ 2,842.50 in compensation for 11.3 hours of services performed and reimbursement of actual expenses in the amount of $6.50 for the period October 23, 2015 through June 18, 2016.

      3.  A description of the nature of the services rendered by the Applicant is as follows:

          Accounting and tax services including the preparation of corporate income tax returns for the years ended July 31, 2009 through July 31, 2015 and final period ended March 31, 2016 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue to request an expedited audit under code section 505(b).

4.    Attached as Exhibit "A" is an itemized statement of the accounting services rendered.  The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5.    The time expended and services rendered by Applicant is summarized as follows:

Tax Services:

| Accountant | Hours | Rate | Total |
|------------|-------|------|-------|
| L. West | 3.5 | $255 | $  892.50 |
| L. West | 7.8 | $250 | 1,950.00 |
| Total Fees: | 11.3 | | $ 2,842.50 |

6.    Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7.    At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $2,842.50 for the accounting services rendered in this case and reimbursement of expenses of $6.50 incurred.

DATE:  June 18, 2016                                    RESPECTFULLY SUBMITTED,

*Lois West*

Lois West

Certifying Professional
35 E. Wacker Drive
Chicago, IL  60601-2124

Invoice No.  28939



POPOWCER KATTEN, LTD.
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Hyde Park Cooperative Society, Inc.  (09-16341)
- c/o David R. Herzog, Trustee
- Herzog & Schwartz PC
- 77 W. Washington, Suite 1717
- Chicago, IL 60602

**Date:** June 18, 2016            **Account No.:** HER71663L

For Professional Services Rendered:

For accounting and tax services rendered for the period October 23, 2015 through June 18, 2016 including preparation of federal and state corporate income tax returns for the years ended July 31, 2009, July 31, 2010, July 31, 2011, July 31, 2012, July 31, 2013, July 31, 2014, July 31, 2015 and final period ended March 31, 2016 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue requesting an expedited audit in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|         | Title                 | Hours | Rate   | Amount     |
|---------|-----------------------|-------|--------|------------|
| L. West | Bankruptcy Specialist | 3.5   | $255.  | $   892.50 |
| L. West | Bankruptcy Specialist | 7.8   | 250.   | 1,950.00   |
|         | Total fees:           | 11.3  |        | $ 2,842.50 |

**Expenses:**
Messenger Service                                              6.50

Total due:                                          $ 2,849.00

**EXHIBIT A**

HYDE PARK COOPERATIVE SOCIETY, INC.  (09-16341)

**Time Sort by Date**

ACCOUNTING & TAX SERVICES

| Date | Description | Hours | Name | Rate | Amount |
|------|-------------|-------|------|------|--------|
| 10/23/2015 | Tax Return Preparation - Prepare workpapers and federal and state corporate income tax returns for seven years ended 7/31/09 through 7/31/15 - forms 1120 and IL-1120. | 7.8 | L. West | 250.00 | 1,950.00 |
| 4/19/2016 | Tax Return Preparation - Prepare final return for period ended 3/31/16 and finalize prior year returns.  Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848.  Draft statement for attachment to returns re: bankruptcy filing. | 2.5 | L. West | 255.00 | 637.50 |
| 4/20/2016 | Tax Review - Final review check assembly and sign returns for year ended 7/31/09 through 7/31/15 and final period ended 3/31/16 - forms 1120 and IL-1120. | 0.5 | L. West | 255.00 | 127.50 |
| 6/18/2016 | Administrative - Prepare final fee application. | 0.5 | L. West | 255.00 | 127.50 |
| | **Total** | 11.3 | | | 2,842.50 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

|  |  |  |
|---|---|---|
| In Re: | ) | BK No.:   09-16341 |
| HYDE PARK COOPERATIVE | ) |  |
| SOCIETY, INC. | ) | Chapter: 7 |
|  | ) | Honorable Deborah L. Thorne |
|  | ) |  |
|  | ) |  |
| Debtor(s) | ) |  |

## ORDER EMPLOYING ACCOUNTANT FOR TRUSTEE

THIS COURT having considered the Application of the Trustee  to employ LOIS WEST of the firm of POPOWCER & CARUSO, LTD. to act as the accountant for the Trustee and it appearing that the firm of POPOWCER & CARUSO, LTD. is a disinterested party, and its employment is in the best interest of the estate and the economical administration thereof,

IT IS HEREBY ORDERED:

The Trustee is authorized to employ LOIS WEST of the firm of POPOWCER & CARUSO, LTD., retroactive to October 1, 2015, to act as the accountant for the Trustee with compensation to be paid in such amounts as may be allowed by the court upon proper application thereof.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  April 27, 2016

**Prepared by:**

David R. Herzog
Herzog & Schwartz PC.
Attorneys for Debtor
77 W. Washington St. #1717
Chicago, Illinois 60602
(312) 977-1600

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: HYDE PARK COOPERATIVE SOCIETY, INC. | ) ) ) ) | CASE NO. 09-16341 |
| | ) | CHAPTER 7 CASE |
| DEBTOR | ) ) ) | HON. DEBORAH L. THORNE |

## ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period October 23, 2015 through June 18, 2016 in the amount of _____ and reimbursement of expenses in the amount of $_____.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(I) of the Bankruptcy Code.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE