**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| HYDE PARK COOPERATIVE | ) | Case No. 09-16341 |
| SOCIETY INC., | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

**AMENDED NOTICE OF HEARING**

To:   See attached sheet

YOU ARE HEREBY NOTIFIED that on December 6, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Deborah L. Thorne,, Room 613, 219 South Dearborn Street, Chicago, IL 60604, and then and there present **TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**, a copy of which is attached hereto and herewith served upon you..

　　　　　　　　　　　　　　　　　　　　　/s/ David R. Herzog
　　　　　　　　　　　　　　　　　　　　　DAVID R. HERZOG

David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorney for the Trustee
77 West Washington, Ste. 1717
Chicago, Illinois  60602
(312) 977-1600

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused to be served a copy of the foregoing instrument on the attached service list via the ECF System or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 28th day of November, 2016.

　　　　　　　　　　　　　　　　　　　　　/s/ David R. Herzog

**SERVICE LIST**

<u>VIA ECF</u>

Office of the U.S. Trustee
219 S Dearborn St
Room 873
Chicago, IL 60604

Scott R Clar
Crane Heyman Simon Welch & Clar
135 S Lasalle Suite 3705
Chicago, IL 60603

Iron Mountain Information Mgmt, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

United Food & Commercial Workers
International Union-Industry Pension Fund
c/oThomas J. Angell
Jacobs, Burns, Orlove & Hernandez
150 North Michigan Avenue
Suite 1000
Chicago, IL 60601

<u>VIA REGULAR MAIL</u>

Peoples Gas Light and Coke Co
130 E Randolph Drive
Chicago, Il 60601

Indiana Department of Revenue
Bankruptcy Section
100 N. Senate Ave. Rm N240
Indianapolis, Indiana 46204

Wein-Bauer Inc.
10600 Seymour Ave.
Franklin Park, IL 60131

Etna Products Company, Inc.
53 W. 23rd Street
New York, NY 10010

Maverick Wine Company
401 Eastern Ave.
Bensenville, IL 60106

Chicago Wilderness
106 W Calendar Ave #206
LaGrange, IL 60525

Gordon Food Service
Arvon Funding, LLC
PO Box 1434
Grand Rapids, MI 49501

Commonwealth Edison
PO Box 805376
Chicago, IL 60680-5376

Safety Systems
PO Box 536
Park Forest, IL 60466-0536

Personnel Planners, Inc.
913 W. Van Buren N-3A
Chicago, IL 60607

Iron Mountain Information Mgmt, Inc.
C/O R. Frederick Linfesty, Esq.
745 Atlantic Avenue, 10th Floor
Boston, MA 02111

AJC Natural Beverages
1644 W Cortland
Chicago, IL 60622-1118