**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| HYDE PARK COOPERATIVE SOCIETY INC., | ) ) | Case No. 09-16341 |
| Debtor. | ) | Hon. Deborah L. Thorne |

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 613
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on December 20, 2016, at 10:00 a.m., before the Honorable Deborah L. Thorne, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 613, Chicago, IL 60604.

Date Mailed:   December 6, 2016          By:  /s/    David R. Herzog
                                                              Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1400
Chicago, IL 60602

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-16341-EW |
| | § | |
| HYDE PARK COOPERATIVE SOCIETY, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*       $84,913.07
*and approved disbursements of*             $8,805.57
*leaving a balance on hand of[1]:*          $76,107.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 11 | Iron Mountain Information Management, Inc. | $137.00 | $137.00 | $0.00 | $137.00 |

Total to be paid to secured creditors:      $137.00
Remaining balance:                          $75,970.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $7,495.65 | $0.00 | $7,495.65 |
| Popowcer Katten, Ltd., Accountant for Trustee Fees | $2,842.50 | $0.00 | $2,842.50 |
| Popowcer Katten, Ltd., Accountant for Trustee Expenses | $6.50 | $0.00 | $6.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for chapter 7 administrative expenses: | $10,344.65 |
|---|---|---|
| | Remaining balance: | $65,625.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $65,625.85 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,195.32 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Indiana Department of Revenue | $1,195.32 | $0.00 | $1,195.32 |

| | Total to be paid to priority claims: | $1,195.32 |
|---|---|---|
| | Remaining balance: | $64,430.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $206,824.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT AND COKE CO | $19,049.61 | $0.00 | $5,934.37 |
| 2a | Indiana Department of Revenue | $100.00 | $0.00 | $31.15 |
| 3 | Wein-Bauer Inc. | $208.68 | $0.00 | $65.01 |
| 4 | Etna Products Company, Inc. | $888.00 | $0.00 | $276.63 |
| 5 | Maverick Wine Company | $337.36 | $0.00 | $105.10 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---:|---|---:|---:|---:|
| 6 | Chicago Wilderness | $1,800.00 | $0.00 | $560.74 |
| 7 | Gordon Food Service | $780.37 | $0.00 | $243.10 |
| 8 | Commonwealth Edison | $26,098.22 | $0.00 | $8,130.18 |
| 9 | Safety Systems | $2,240.00 | $0.00 | $697.81 |
| 10 | Personnel Planners, Inc. | $1,006.50 | $0.00 | $313.55 |
| 11a | Iron Mountain Information Management, Inc. | $29,393.65 | $0.00 | $9,156.78 |
| 12 | AJC Natural Beverages | $5,182.35 | $0.00 | $1,614.42 |
| 13 | United Food & Commercial Workers | $119,740.00 | $0.00 | $37,301.69 |

Total to be paid to timely general unsecured claims:     $64,430.53
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ David R. Herzog
Trustee

David R. Herzog
77 W. Washington Street
Suite 1400
Chicago, IL, 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **HYDE PARK COOPERATIVE** | ) | **Case No. 09-16341** |
| **SOCIETY INC.,** | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

**CERTIFICATE OF NOTICE**

The undersigned, an attorney, certifies that he caused to be served a copy of the **AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** on the attached service list by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 6th day of December, 2016.

*/s/ David R. Herzog*
Trustee in Bankruptcy

**SERVICE LIST**

Office of the U.S. Trustee
219 S Dearborn St
Room 873
Chicago, IL 60604

Scott R Clar
Crane Heyman Simon Welch & Clar
135 S Lasalle Suite 3705
Chicago, IL 60603

Iron Mountain Information Mgmt, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Peoples Gas Light and Coke Co
130 E Randolph Drive
Chicago, Il 60601

Indiana Department of Revenue
Bankruptcy Section
100 N. Senate Ave. Rm N240
Indianapolis, Indiana 46204

Wein-Bauer Inc.
10600 Seymour Ave.
Franklin Park, IL 60131

Etna Products Company, Inc.
53 W. 23rd Street
New York, NY 10010

Maverick Wine Company
401 Eastern Ave.
Bensenville, IL 60106

Chicago Wilderness
106 W Calendar Ave #206
LaGrange, IL 60525

Gordon Food Service
Arvon Funding, LLC
PO Box 1434
Grand Rapids, MI 49501

Commonwealth Edison
PO Box 805376
Chicago, IL 60680-5376

Safety Systems
PO Box 536
Park Forest, IL 60466-0536

Personnel Planners, Inc.
913 W. Van Buren N-3A
Chicago, IL 60607

Iron Mountain Information Mgmt, Inc.
C/O R. Frederick Linfesty, Esq.
745 Atlantic Avenue, 10th Floor
Boston, MA 02111

AJC Natural Beverages
1644 W Cortland
Chicago, IL 60622-1118

United Food & Commercial Workers
International Union-Industry Pension Fun
c/o Jeffrey S Endick
1625 Massachusetts Ave, Ste 450
Washington, DC 20036