**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-16341-EW |
| | § | |
| HYDE PARK COOPERATIVE | § | |
| SOCIETY, INC. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $65,762.85 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $19,150.22 | | |

3)   Total gross receipts of $84,913.07  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $84,913.07 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $137.00 | $137.00 | $137.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $19,150.22 | $19,150.22 | $19,150.22 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $1,195.32 | $1,195.32 | $1,195.32 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $206,824.74 | $206,824.74 | $64,430.53 |
| **Total Disbursements** | $0.00 | $227,307.28 | $227,307.28 | $84,913.07 |

4). This case was originally filed under chapter 7 on 05/05/2009. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/07/2017                By:   /s/ David R. Herzog
                                       Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Balance in bank account | 1129-000 | $81,975.18 |
| Frontier Natural Foods - Accounts Receivable | 1129-000 | $712.08 |
| Anti-Trust Litigation Settlement | 1249-000 | $2,088.28 |
| Interest Earned | 1270-000 | $80.53 |
| The Bank of New York Mellon | 1280-000 | ($3,209.16) |
| The Bank of New York Mellon | 1280-000 | $3,209.16 |
| Refunds | 1290-000 | $57.00 |
| **TOTAL GROSS RECEIPTS** | | **$84,913.07** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Iron Mountain Information Management, Inc. | 4110-000 | $0.00 | $137.00 | $137.00 | $137.00 |
| | **TOTAL SECURED CLAIMS** | | **$0.00** | **$137.00** | **$137.00** | **$137.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $7,495.65 | $7,495.65 | $7,495.65 |
| Arthur B. Levine Company | 2300-000 | NA | $98.42 | $98.42 | $98.42 |
| International Sureties | 2300-000 | NA | $422.92 | $422.92 | $422.92 |
| Bank of Texas | 2600-000 | NA | $7,318.15 | $7,318.15 | $7,318.15 |
| The Bank of New York Mellon | 2600-000 | NA | $690.36 | $690.36 | $690.36 |
| Iron Mountain | 2990-000 | NA | $161.72 | $161.72 | $161.72 |
| U.S. Treasury | 2990-000 | NA | $114.00 | $114.00 | $114.00 |
| Popowcer Katten, Ltd., Accountant for Trustee | 3410-000 | NA | $2,842.50 | $2,842.50 | $2,842.50 |
| Popowcer Katten, | 3420-000 | NA | $6.50 | $6.50 | $6.50 |

| | | | | |
|---|---|---|---|---|
| Ltd., Accountant for Trustee | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $19,150.22 | $19,150.22 | $19,150.22 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Indiana Department of Revenue | 5800-000 | $0.00 | $1,195.32 | $1,195.32 | $1,195.32 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,195.32 | $1,195.32 | $1,195.32 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PEOPLES GAS LIGHT AND COKE CO | 7100-000 | $0.00 | $19,049.61 | $19,049.61 | $5,934.37 |
| 2a | Indiana Department of Revenue | 7100-000 | $0.00 | $100.00 | $100.00 | $31.15 |
| 3 | Wein-Bauer Inc. | 7100-000 | $0.00 | $208.68 | $208.68 | $65.01 |
| 4 | Etna Products Company, Inc. | 7100-000 | $0.00 | $888.00 | $888.00 | $276.63 |
| 5 | Maverick Wine Company | 7100-000 | $0.00 | $337.36 | $337.36 | $105.10 |
| 6 | Chicago Wilderness | 7100-000 | $0.00 | $1,800.00 | $1,800.00 | $560.74 |
| 7 | Gordon Food Service | 7100-000 | $0.00 | $780.37 | $780.37 | $243.10 |
| 8 | Commonwealth Edison | 7100-000 | $0.00 | $26,098.22 | $26,098.22 | $8,130.18 |
| 9 | Safety Systems | 7100-000 | $0.00 | $2,240.00 | $2,240.00 | $697.81 |
| 10 | Personnel Planners, Inc. | 7100-000 | $0.00 | $1,006.50 | $1,006.50 | $313.55 |
| 11a | Iron Mountain Information Management, Inc. | 7100-000 | $0.00 | $29,393.65 | $29,393.65 | $9,156.78 |
| 12 | AJC Natural Beverages | 7100-000 | $0.00 | $5,182.35 | $5,182.35 | $1,614.42 |
| 13 | United Food & Commercial Workers | 7100-000 | $0.00 | $119,740.00 | $119,740.00 | $37,301.69 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | |
|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $206,824.74    $206,824.74 | $64,430.53 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 09-16341-EW | Trustee Name: | David R. Herzog |
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Date Filed (f) or Converted (c): | 05/05/2009 (f) |
| For the Period Ending: | 7/7/2017 | §341(a) Meeting Date: | 06/02/2009 |
| | | Claims Bar Date: | 09/08/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  VOID | $0.00 | $0.00 | | $0.00 | FA |
| 2  Balance in bank account (u) | $81,975.18 | $81,975.18 | | $81,975.18 | FA |
| 3  Frontier Natural Foods - Accounts Receivable | $1,000.00 | $0.00 | | $712.08 | FA |
| 4  Anti-Trust Litigation Settlement (u) | $2,088.28 | $2,088.28 | | $2,088.28 | FA |
| 5  Refunds (u) | $0.00 | $0.00 | | $57.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $80.53 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $85,063.46 | $84,063.46 | | $84,913.07 | $0.00 |

**Major Activities affecting case closing:**

07/22/2016    Final tax return filed and accepted by IRS. Awaiting fee applications of professionals. Final report being prepared.

07/23/2015    Preparation of tax returns, and waiting for approval of previously filed return from the IRS. Preparation of final report.

**Initial Projected Date Of Final Report (TFR):**   12/31/2011   **Current Projected Date Of Final Report (TFR):**   09/01/2016   /s/ DAVID R. HERZOG

DAVID R. HERZOG

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-16341-EW | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***8864 | Money Market Acct #: | ******1165 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 5/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********1165 | Wire in from JPMorgan Chase Bank, N.A. account ********1165 | 9999-000 | $84,095.85 | | $84,095.85 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $4.03 | | $84,099.88 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $5.00 | | $84,104.88 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $4.84 | | $84,109.72 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $5.00 | | $84,114.72 |
| 08/18/2010 | (3) | Frontier Natural Products Co-Op | Dividend | 1129-000 | $181.42 | | $84,296.14 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $4.99 | | $84,301.13 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.07 | | $84,303.20 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.14 | | $84,305.34 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.07 | | $84,307.41 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.14 | | $84,309.55 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.14 | | $84,311.69 |
| 02/14/2011 | 11002 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #09-16341 | 2300-000 | | $71.76 | $84,239.93 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $1.94 | | $84,241.87 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.14 | | $84,244.01 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.07 | | $84,246.08 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $2.14 | | $84,248.22 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.69 | | $84,248.91 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.71 | | $84,249.62 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $161.57 | $84,088.05 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.71 | | $84,088.76 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $195.87 | $83,892.89 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($5.77) | $83,898.66 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.68 | | $83,899.34 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $172.38 | $83,726.96 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.71 | | $83,727.67 |
| | | | SUBTOTALS | | $84,323.48 | $595.81 | |

FORM 2 Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-16341-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***8864 | Money Market Acct #: | ******1165 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 5/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $166.31 | $83,561.36 |
| 11/07/2011 | (INT) | The Bank of New York Mellon | Interest Earned For November 2011 | 1270-000 | $0.13 | | $83,561.49 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $83,561.49 | $0.00 |
| | | | TOTALS: | | $84,323.61 | $84,323.61 | $0.00 |
| | | | Less: Bank transfers/CDs | | $84,095.85 | $83,561.49 | |
| | | | Subtotal | | $227.76 | $762.12 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $227.76 | $762.12 | |

**For the period of 5/5/2009 to 7/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $227.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $227.76 |
| Total Internal/Transfer Receipts: | $84,095.85 |
| | |
| Total Compensable Disbursements: | $762.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $762.12 |
| Total Internal/Transfer Disbursements: | $83,561.49 |

**For the entire history of the account between 04/06/2010 to 7/7/2017**

| | |
|---|---|
| Total Compensable Receipts: | $227.76 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $227.76 |
| Total Internal/Transfer Receipts: | $84,095.85 |
| | |
| Total Compensable Disbursements: | $762.12 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $762.12 |
| Total Internal/Transfer Disbursements: | $83,561.49 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-16341-EW | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8864 | | Checking Acct #: | ******0123 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 5/5/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $83,561.49 | | $83,561.49 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $134.84 | $83,426.65 |
| 02/02/2012 | 5001 | Iron Mountain | Storage charge | 2990-000 | | $161.72 | $83,264.93 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $134.37 | $83,130.56 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $125.30 | $83,005.26 |
| 03/14/2012 | 5002 | International Sureties | Bond Payment | 2300-000 | | $67.80 | $82,937.46 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $133.64 | $82,803.82 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $129.06 | $82,674.76 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $133.14 | $82,541.62 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $128.64 | $82,412.98 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $132.73 | $82,280.25 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $132.50 | $82,147.75 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $128.05 | $82,019.70 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $132.09 | $81,887.61 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $127.63 | $81,759.98 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $131.66 | $81,628.32 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $131.83 | $81,496.49 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $118.87 | $81,377.62 |
| 03/28/2013 | 5003 | International Sureties | Bond Payment | 2300-000 | | $145.34 | $81,232.28 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $131.40 | $81,100.88 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $126.74 | $80,974.14 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $130.66 | $80,843.48 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $126.24 | $80,717.24 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $130.25 | $80,586.99 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $130.04 | $80,456.95 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $125.64 | $80,331.31 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $129.63 | $80,201.68 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $125.24 | $80,076.44 |
| | | | SUBTOTALS | | $83,561.49 | $3,485.05 | |

FORM 2

Page No: 4     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-16341-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8864 | Checking Acct #: | ******0123 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 5/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $129.21 | $79,947.23 |
| 01/14/2014 | 5004 | U.S. Treasury | Taxes due on return | 2990-000 | | $114.00 | $79,833.23 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $128.95 | $79,704.28 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $116.17 | $79,588.11 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $128.43 | $79,459.68 |
| 04/02/2014 | 5005 | International Sureties | Bond Payment | 2300-000 | | $70.36 | $79,389.32 |
| 04/03/2014 | (5) | United States Treasury | Taxes due on return | 1290-000 | $57.00 | | $79,446.32 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $124.07 | $79,322.25 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $128.00 | $79,194.25 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $123.67 | $79,070.58 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $127.59 | $78,942.99 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $127.39 | $78,815.60 |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $123.08 | $78,692.52 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $126.98 | $78,565.54 |
| 11/25/2014 | (3) | Frontier Natural Products | Dividend | 1129-000 | $464.80 | | $79,030.34 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $122.69 | $78,907.65 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $127.32 | $78,780.33 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $127.12 | $78,653.21 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $114.63 | $78,538.58 |
| 03/20/2015 | 5006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $56.60 | $78,481.98 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $126.73 | $78,355.25 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $122.45 | $78,232.80 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $126.24 | $78,106.56 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $121.97 | $77,984.59 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $125.84 | $77,858.75 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $125.64 | $77,733.11 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $121.39 | $77,611.72 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $125.24 | $77,486.48 |
| | | | **SUBTOTALS** | | $521.80 | $3,111.76 | |

FORM 2

Page No: 5     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-16341-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8864 | Checking Acct #: | ******0123 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 5/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $121.00 | $77,365.48 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $124.84 | $77,240.64 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $124.30 | $77,116.34 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $116.09 | $77,000.25 |
| 03/16/2016 | 5007 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $41.82 | $76,958.43 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $123.91 | $76,834.52 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $119.66 | $76,714.86 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $123.45 | $76,591.41 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $119.28 | $76,472.13 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $123.06 | $76,349.07 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $122.86 | $76,226.21 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $118.71 | $76,107.50 |
| 10/21/2016 | | The Bank of New York Mellon | Reversal/transfer of funds out of account (original transaction/wire occurred on 11/7/11 and was not noted by bank in TES system). Amount deposited in error due to bank "spreadsheet error." Funds belong to Estate of Detoy James, Case no. 09-23959 | 1280-000 | $3,209.16 | | $79,316.66 |
| 10/21/2016 | | The Bank of New York Mellon | Reversal/transfer of funds out of account (original transaction/wire occurred on 11/7/11 and was not noted by bank in TES system). Amount deposited in error due to bank "spreadsheet error." Funds belong to Estate of Detoy James, Case no. 09-23959 | 1280-000 | ($3,209.16) | | $76,107.50 |
| 12/20/2016 | 5008 | Popowcer Katten, Ltd. | Distribution Dividend: 100.00; Account Number: ; Claim #: ; | 3420-000 | | $6.50 | $76,101.00 |
| 12/20/2016 | 5009 | Popowcer Katten, Ltd. | Distribution Dividend: 100.00; Account Number: ; Claim #: ; | 3410-000 | | $2,842.50 | $73,258.50 |
| 12/20/2016 | 5010 | David R. Herzog | Trustee Compensation | 2100-000 | | $7,495.65 | $65,762.85 |
| 12/20/2016 | 5011 | Iron Mountain Information Management, Inc. | Distribution Dividend: 100.00; Account Number: ; Claim #: 11; | 4110-000 | | $137.00 | $65,625.85 |

| | | | | SUBTOTALS | $0.00 | $11,860.63 | |

FORM 2

Page No: 6   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 09-16341-EW | Trustee Name: | David R. Herzog |
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8864 | Checking Acct #: | ******0123 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 5/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/20/2016 | 5012 | Indiana Department of Revenue | Distribution Dividend: 100.00; Account Number: ; Claim #: 2; | 5800-000 | | $1,195.32 | $64,430.53 |
| 12/20/2016 | 5013 | PEOPLES GAS LIGHT AND COKE CO | Distribution Dividend: 31.15; Account Number: ; Claim #: 1; | 7100-000 | | $5,934.37 | $58,496.16 |
| 12/20/2016 | 5014 | Indiana Department of Revenue | Distribution Dividend: 31.15; Account Number: ; Claim #: 2; | 7100-000 | | $31.15 | $58,465.01 |
| 12/20/2016 | 5015 | Wein-Bauer Inc. | Distribution Dividend: 31.15; Account Number: ; Claim #: 3; | 7100-000 | | $65.01 | $58,400.00 |
| 12/20/2016 | 5016 | Etna Products Company, Inc. | Distribution Dividend: 31.15; Account Number: ; Claim #: 4; | 7100-000 | | $276.63 | $58,123.37 |
| 12/20/2016 | 5017 | Maverick Wine Company | Distribution Dividend: 31.15; Account Number: ; Claim #: 5; | 7100-000 | | $105.10 | $58,018.27 |
| 12/20/2016 | 5018 | Chicago Wilderness | Distribution Dividend: 31.15; Account Number: ; Claim #: 6; | 7100-000 | | $560.74 | $57,457.53 |
| 12/20/2016 | 5019 | Gordon Food Service | Distribution Dividend: 31.15; Account Number: ; Claim #: 7; | 7100-000 | | $243.10 | $57,214.43 |
| 12/20/2016 | 5020 | Commonwealth Edison | Distribution Dividend: 31.15; Account Number: ; Claim #: 8; | 7100-000 | | $8,130.18 | $49,084.25 |
| 12/20/2016 | 5021 | Safety Systems | Distribution Dividend: 31.15; Account Number: ; Claim #: 9; | 7100-000 | | $697.81 | $48,386.44 |
| 12/20/2016 | 5022 | Personnel Planners, Inc. | Distribution Dividend: 31.15; Account Number: ; Claim #: 10; | 7100-000 | | $313.55 | $48,072.89 |
| 12/20/2016 | 5023 | Iron Mountain Information Management, Inc. | Distribution Dividend: 31.15; Account Number: ; Claim #: 11; | 7100-000 | | $9,156.78 | $38,916.11 |
| 12/20/2016 | 5024 | AJC Natural Beverages | Distribution Dividend: 31.15; Account Number: ; Claim #: 12; | 7100-000 | | $1,614.42 | $37,301.69 |
| 12/20/2016 | 5025 | United Food & Commercial Workers | Distribution Dividend: 31.15; Account Number: ; Claim #: 13; | 7100-000 | | $37,301.69 | $0.00 |
| 05/25/2017 | 5011 | STOP PAYMENT: Iron Mountain Information Management, Inc. | Distribution Dividend: 100.00; Account Number: ; Claim #: 11; | 4110-004 | | ($137.00) | $137.00 |

                                                                                                    SUBTOTALS       $0.00        $65,488.85

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-16341-EW | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8864 | | Checking Acct #: | ******0123 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 5/5/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/25/2017 | 5016 | STOP PAYMENT: Etna Products Company, Inc. | Distribution Dividend: 31.15; Account Number: ; Claim #: 4; | 7100-004 | | ($276.63) | $413.63 |
| 05/25/2017 | 5018 | STOP PAYMENT: Chicago Wilderness | Distribution Dividend: 31.15; Account Number: ; Claim #: 6; | 7100-004 | | ($560.74) | $974.37 |
| 05/25/2017 | 5020 | STOP PAYMENT: Commonwealth Edison | Distribution Dividend: 31.15; Account Number: ; Claim #: 8; | 7100-004 | | ($8,130.18) | $9,104.55 |
| 05/25/2017 | 5021 | STOP PAYMENT: Safety Systems | Distribution Dividend: 31.15; Account Number: ; Claim #: 9; | 7100-004 | | ($697.81) | $9,802.36 |
| 05/25/2017 | 5023 | STOP PAYMENT: Iron Mountain Information Management, Inc. | Distribution Dividend: 31.15; Account Number: ; Claim #: 11; | 7100-004 | | ($9,156.78) | $18,959.14 |
| 05/25/2017 | 5026 | Clerk of the U.S. Bankruptcy Court | Deposit of Unclaimed Funds | * | | $18,959.14 | $0.00 |
| | | | Unclaimed Funds $(137.00) | 4110-000 | | | $0.00 |
| | | | Unclaimed Funds $(276.63) | 7100-000 | | | $0.00 |
| | | | Unclaimed Funds $(560.74) | 7100-000 | | | $0.00 |
| | | | Unclaimed Funds $(8,130.18) | 7100-000 | | | $0.00 |
| | | | Unclaimed Funds $(697.81) | 7100-000 | | | $0.00 |
| | | | $(9,156.78) | 7100-000 | | | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $137.00 | |

FORM 2     Page No: 8     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-16341-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***8864 | Checking Acct #: | ******0123 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 5/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | TOTALS: | | $84,083.29 | $84,083.29 | $0.00 |
| | | Less: Bank transfers/CDs | | $83,561.49 | $0.00 | |
| | | Subtotal | | $521.80 | $84,083.29 | |
| | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | Net | | $521.80 | $84,083.29 | |

**For the period of 5/5/2009 to 7/7/2017**        **For the entire history of the account between 11/07/2011 to 7/7/2017**

| | | | | |
|---|---|---|---|---|
| Total Compensable Receipts: | $521.80 | Total Compensable Receipts: | $521.80 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $521.80 | Total Comp/Non Comp Receipts: | $521.80 |
| Total Internal/Transfer Receipts: | $83,561.49 | Total Internal/Transfer Receipts: | $83,561.49 |
| | | | |
| Total Compensable Disbursements: | $84,083.29 | Total Compensable Disbursements: | $84,083.29 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $84,083.29 | Total Comp/Non Comp Disbursements: | $84,083.29 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 9   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-16341-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***8864 | Money Market Acct #: | ******1165 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 5/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 06/02/2009 | (2) | Hyde Park Cooperative | Balance of checking account | 1129-000 | $81,975.18 | | $81,975.18 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.01 | | $81,978.19 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.45 | | $81,981.64 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.45 | | $81,985.09 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.34 | | $81,988.43 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.34 | | $81,991.77 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.45 | | $81,995.22 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.45 | | $81,998.67 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.23 | | $82,001.90 |
| 02/08/2010 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2010 FOR CASE #09-16341 | 2300-000 | | $67.66 | $81,934.24 |
| 02/22/2010 | (4) | The Garden Group | Anti-Trust Litigation Settlement | 1249-000 | $2,088.28 | | $84,022.52 |
| 02/24/2010 | (3) | Frontier Natural Products Co-Op | Accounts Receiveable | 1129-000 | $65.86 | | $84,088.38 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.13 | | $84,091.51 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $3.77 | | $84,095.28 |
| 04/06/2010 | | Wire out to BNYM account ********1165 | Wire out to BNYM account ********1165 | 9999-000 | ($84,095.85) | | ($0.57) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.57 | | $0.00 |

| | | | | SUBTOTALS | $67.66 | $67.66 | |

FORM 2
Page No: 10    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-16341-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***8864 | Money Market Acct #: | ******1165 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 5/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $67.66 | $67.66 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | ($84,095.85) | $0.00 | |
|  |  |  | **Subtotal** |  | $84,163.51 | $67.66 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $84,163.51 | $67.66 | |

| For the period of 5/5/2009 to 7/7/2017 | | For the entire history of the account between 06/02/2009 to 7/7/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $84,163.51 | Total Compensable Receipts: | $84,163.51 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $84,163.51 | Total Comp/Non Comp Receipts: | $84,163.51 |
| Total Internal/Transfer Receipts: | ($84,095.85) | Total Internal/Transfer Receipts: | ($84,095.85) |
| | | | |
| Total Compensable Disbursements: | $67.66 | Total Compensable Disbursements: | $67.66 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $67.66 | Total Comp/Non Comp Disbursements: | $67.66 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 11    Exhibit 9

| Case No. | 09-16341-EW | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | HYDE PARK COOPERATIVE SOCIETY, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***8864 | Money Market Acct #: | ******1165 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 5/5/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $84,913.07 | $84,913.07 | $0.00 |

**For the period of 5/5/2009 to 7/7/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $84,913.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $84,913.07 |
| Total Internal/Transfer Receipts: | $83,561.49 |
| | |
| Total Compensable Disbursements: | $84,913.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $84,913.07 |
| Total Internal/Transfer Disbursements: | $83,561.49 |

**For the entire history of the case between 05/05/2009 to 7/7/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $84,913.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $84,913.07 |
| Total Internal/Transfer Receipts: | $83,561.49 |
| | |
| Total Compensable Disbursements: | $84,913.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $84,913.07 |
| Total Internal/Transfer Disbursements: | $83,561.49 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG